297 So.2d 817

In re Roy Lee HAWKINS

v.

STATE.

Ex parte Roy Lee Hawkins.

SC 887.

Supreme Court of Alabama.

July 11, 1974.

Winston V. Legge, Jr., Athens, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Roy Lee Hawkins for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hawkins v. State, 53 Ala.App. 89, 297 So.2d 813.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

296 So.2d 753

In re Eddie Davis HOLCEY

v.

STATE.

Ex parte Eddie Davis Holcey.

SC 858.

Supreme Court of Alabama.

June 20, 1974.

Samford, Torbert, Denson & Horsley, Opelika, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Eddie Davis Holcey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Holcey v. State, 52 Ala.App. 664, 296 So.2d 750.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.